**Order entered July 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00629-CV

### IN RE ARYON SHAHAHMADI, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-05197**

### ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **DENY WITHOUT PREJUDICE** relator's petition for writ of mandamus. We also **DENY** relator's motion for temporary stay as moot.

/s/    BILL PEDERSEN, III
       JUSTICE